# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**DEMOND BRYANT**                                                     **CIVIL ACTION**

**VERSUS**                                                             **NO. 15-2251**

**MARLIN N. GUSMAN, ET AL.**                             **SECTION "F" (3)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Supplemental Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Sheriff Gusman's motion to dismiss, Rec. Doc. 8, is **GRANTED IN PART AND DENIED IN PART**. It is ordered that the motion is **GRANTED** with respect to the individual-capacity claim for deliberate indifference to plaintiff's "serious mental health needs," and it is further ordered that claim is **DISMISSED WITHOUT PREJUDICE**. It is further ordered that the motion is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that the official-capacity claim against Sheriff Gusman for deliberate indifference to plaintiff's "serious mental health needs" is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the claims against Louis Monroe are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) as frivolous.

**IT IS FURTHER ORDERED** that the claims against Sheriff Gusman that plaintiff's federal constitutional rights were violated when he was not protected "from dangerously violent conditions of confinement" are allowed to proceed pending further development and that this matter is recommitted to the United States Magistrate Judge.

New Orleans, Louisiana, this __6th__ day of _____January_____, 20_16_

_____
UNITED STATES DISTRICT JUDGE